| | |
|---|---|
| 1 | LAWRENCE G. BROWN |
| | Acting United States Attorney |
| 2 | JILL M. THOMAS |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2781 |


**FILED**
APR 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 2:09-MJ-0114 DAD
    Plaintiff, ) SEALING ORDER
    v. ) (Under Seal)

LESLIE MILLER BELL, JR.,
    Defendant.

The Court hereby orders the Criminal Complaint, and Arrest Warrant, in the above-referenced matter, shall be sealed until further order of the Court.

DATED: April 7, 2009

_____
DALE A. DROZD
United States Magistrate Judge